November 4, 1983.

468 A.2d 820

Acks v. Acks, Appellant.

Submitted September 23, 1983. Ronald Perry, for appellant; William H. Poole, Jr., for appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.